### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENNIS P. WALKER and DIANA WALKER,** | ) ) ) | **CASE NO. 8:05CV405** |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| **ATLAS MORTGAGE SERVICES, LLC., SETH R. ROBERTS,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Joint Motion and Stipulation to Dismiss Without Prejudice (Filing No. 5) The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) The Joint Motion and Stipulation to Dismiss without Prejudice (Filing No. 5) is granted;

2) The Complaint and all claims in this action are dismissed without prejudice; and

3) Each party shall pay its own costs and attorney's fees.

DATED this 3rd day of October, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge